## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **IGI GIOVANNI ACOSTA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **EP-20-CV-181-KC** |
| | § | |
| **SOURCECORP BPS, INC.,** | § | |
| | § | |
| **Defendant**. | § | |

## <u>ORDER</u>

On this day, the Court considered the parties' Joint Stipulation of Dismissal with Prejudice, ECF No. 26.  In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the parties' proposed order, it is hereby **ORDERED** that any and all claims against Defendant SourceCorp BPS, Inc. are hereby **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that any costs, expenses, and attorneys' fees shall be paid by the party incurring same.

The clerk shall close the case.

**SO ORDERED**.

**SIGNED this 7th day of June, 2021.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE